IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

THE HOLY LAND FOUNDATION FOR   )
RELIEF AND DEVELOPMENT         )
Last Address:                  )
525 International Parkway      )
Richardson, Texas  75081       )
                               )
         Plaintiff,            )
                               )
    v.                         )   No. 1:02CV00442(GK)
                               )
JOHN ASHCROFT, in his official )
capacity as Attorney General of)
the United States, et al.,     )
                               )
         Defendants.           )
_____)

**MOTION OF THE HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT
FOR LEAVE TO FILE MOTION FOR PRELIMINARY
INJUNCTION AND OVERSIZED MEMORANDUM IN SUPPORT**

Plaintiff Holy Land Foundation for Relief and Development ("Holy Land") moves the Court for leave to file the enclosed motion for a preliminary injunction (1) several days later than we predicted when we filed the complaint in this matter, and (2) with a supporting memorandum in excess of the 45-page limit set forth in LCvR 7.1(e).

1.   When Holy Land filed its complaint on March 8, 2002, it predicted, at the request of the Clerk, that it would file its motion for preliminary injunction on April 1, 2002. Because of the difficulties in obtaining necessary information from the Middle East and other logistical complications, we were unable to meet that self-imposed deadline. We respectfully request that the Court accept the motion for preliminary injunction for filing on April 5, 2002, four days later than we

[FILED APR - 5 2002 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT]

originally anticipated. We do not believe that any party will be prejudiced by this brief delay.

   2. Holy Land also seeks leave to file a memorandum in support of the motion for preliminary injunction that exceeds the 45-page limit set forth in LCvR 7.1(e). This case involves a lengthy administrative record, a substantial amount of additional factual material that Holy Land has submitted with its motion, and a series of complex legal issues arising in a novel context. We believe that the additional pages are necessary to explain fully the grounds on which the Court should grant the requested preliminary relief.

   3. Because no counsel has yet entered an appearance for the defendants, the discussion that LCvR 7.1(m) contemplates has not occurred. Undersigned counsel does not know whether the defendants will oppose this motion.

Respectfully submitted,

FREEDMAN BOYD DANIELS HOLLANDER
GOLDBERG & CLINE P.A.

By: _____
  John D. Cline
  (D.C. Bar No. 403824)
  John W. Boyd
  Nancy Hollander
  Zachary A. Ives

20 First Plaza, Suite 700
Albuquerque, NM 87125
(505) 842-9960 (phone)
(505) 842-0761 (fax)

Counsel for the Holy Land
Foundation for Relief
and Development

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2002, copies of the foregoing were served by Federal Express upon:

John Ashcroft, Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Room B-103
Washington, DC 20530-0001

The United States Department
of Justice
Attn: The Office of Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Paul H. O'Neill
Secretary of the Treasury
US Department of Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

The United States Department of Treasury
Attn: The Office of General Counsel
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

Colin L. Powell
Secretary of State
US Department of State
2201 C Street N.W.
Washington, DC 20520

The United States Department of State
Attn: The Office of Legal Advisor
2201 C Street NW
Washington, D.C. 20520

Roscoe C. Howard, Jr.
United States Attorney
US Attorney's Office, District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20530

_____
John D. Cline