UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HOLY LAND FOUNDATION FOR )<br>RELIEF AND DEVELOPMENT,       )<br>                               )<br>      Plaintiff,              )<br>                               )<br>      v.                       )<br>                               )<br>JOHN ASHCROFT, Attorney        )<br>General of the United States, )<br>et al.,                        )<br>                               )<br>      Defendants.              )<br>                               ) | Civil Action No.<br>02-442 (GK) |

**O R D E R**

Upon consideration of Plaintiff's Motion for Reconsideration of the Court's July 29, 2004 Order Dismissing Without Prejudice Count 4 of the Amended Complaint,[1] and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for Reconsideration of the Court's July 29, 2004 Order Dismissing Without Prejudice Count 4 of the Amended Complaint [**#73**] is **denied.**

In order to clarify the record in the above-captioned case, it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(2), Count 4 of the Amended Complaint is **dismissed without prejudice**, with each party to bear its own costs; it is further

---

[1] On July 30, 2004, the Court ordered that it would treat Plaintiff's reply to its motion for order of dismissal without prejudice as a motion for reconsideration because the Court had already signed a final order in the matter.

**ORDERED** that Counts 1-3 and 5-8 of the Amended Complaint are **dismissed with prejudice;** it is further

**ORDERED** that the above-captioned case is **closed.**

|  |  |
|---|---|
| September 27, 2004 | __/s/_____<br>GLADYS KESSLER<br>United States District Judge |

**Copies to**: **attorneys on record via ECF**